MICHAEL STAITI v. WILLIAM FAUVER.

October 11, 1988.

Petition for certification denied.

WILLIAM COOK v. BOARD OF TRUSTEES, POLICE AND
FIREMEN'S RETIREMENT SYSTEM.

October 11, 1988.

Petition for certification granted.

MUTUAL ASSURANCE COMPANY v. HAZEL FRANK GLUCK,
COMMISSIONER, DEPARTMENT OF INSURANCE.

October 11, 1988.

Petition for certification denied.

MUTUAL ASSURANCE COMPANY v. HAZEL FRANK GLUCK,
COMMISSIONER, DEPARTMENT OF INSURANCE.

October 11, 1988.

Cross-petition for certification denied.